Thomas E. Campagne, #065375
Mary F. Lerner, #235951
Campagne, Campagne & Lerner
A Professional Corporation
Fresno Airport Office Center
1685 North Helm Avenue
Fresno, California  93727
Telephone:  (559) 255-1637
Facsimile: (559) 252-9617

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA
# AT FRESNO

| | |
|---|---|
| GUY BAUDOUX, an individual, MARSHALL S. FLAM, M.D., an individual and SHELAGH WEBSTER, an individual.<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE, a non-profit corporation, dba BLUE SHIELD OF CALIFORNIA<br><br>Defendant. | Case No. 10-CV-01950-OWW-DLB<br><br>**STIPULATION TO STAY LITIGATION AND REFER MATTER TO BINDING ARBITRATION; ORDER THEREON** |

## RECITALS

A. WHEREAS, the above-captioned Plaintiffs (hereinafter "*Plaintiffs*") recently filed suit in the United States District Court for the Eastern District of California at Fresno against Defendant (hereinafter "*Blue Shield*");

B. WHEREAS, Plaintiffs and Defendant are attempting to settle the matters described in the lawsuit; and the Parties believe settlement is likely, and that if the case cannot be settled it should be resolved by binding Arbitration;

C. WHEREAS, if the Parties do not soon settle this matter through informal settlement discussion, the Parties would like to have the entire lawsuit remanded for binding

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

712561.2

1  Arbitration before one (1) retired-judge Arbitrator to be selected by the Parties from a seven (7)
2  judge panel to be distributed by JAMS;

3      D.    WHEREAS, the Parties anticipate that a binding Arbitration of this matter can be
4  conducted in Fresno before a JAMS Arbitrator in probably less than one day;

5      E.    WHEREAS, the principal claim is less than $79,000.00; and the Parties hope to
6  resolve their dispute in the most efficient and cost-effective manner possible;

7      F.    WHEREAS, Plaintiff Marshall Flam, M.D. (doing business as Hematology-
8  Oncology Medical group of Fresno) has a contract with Blue Shield governing, among other
9  things, the manner of payment for services rendered by Dr. Flam to Blue Shield members, and
10 also contends that he is the assignee of all claims formerly held by Plaintiff Guy Baudoux and
11 Shelagh Webster, who are now deceased (Blue Shield does not concede the validity of any such
12 assignment, and reserves the right to contest that issue); and WHEREAS, the Parties have agreed
13 by this Stipulation that Plaintiff Baudoux and Plaintiff Webster are now dismissed as Plaintiffs
14 without prejudice, and that if their executors/estates wish to reappear they may file their FRCP
15 25(a) motion for substitution within 30 days after the selection of the JAMS Arbitrator; and,
16 WHEREAS, in light of the aforementioned dismissal without prejudice of Plaintiffs Baudoux and
17 Webster, their non-assigned tort causes of action numbers 12 through 22 are likewise dismissed
18 without prejudice;

19     G.    WHEREAS, the Federal Arbitration Act (9 USC §1, et seq.) allows the Parties to
20 stipulate to refer the instant litigation (together with any and all related disputes to the claims set
21 forth in the lawsuit) to binding Arbitration before one (1) JAMS qualified retired-judge
22 Arbitrator;

## STIPULATIONS

NOW THEREFORE, the Parties hereby stipulate and agree that the Court should issue (pursuant to the Court's inherent authority and the Federal Arbitration Act) the following ORDER:

    1.    The aforementioned Recitals are adopted and approved.

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

712561.2           Page 2

2. All Parties agree to engage in final and binding Arbitration before one retired-judge JAMS Arbitrator for the resolution of any and all disputes involved or related to, or arising from the above-captioned litigation. The Arbitration Hearing shall be conducted by the Arbitrator within the City of Fresno at a place to be determined by the Arbitrator upon consultation with the Parties. The "*JAMS Streamlined Arbitration Rules and Procedures*" (the "JAMS Rules") shall govern the pre-arbitration proceedings and the Arbitration hearing itself. However, it is agreed that the depositions of Blue Shield's expert witness(es) and the deposition(s) of Plaintiff's expert witness(es) (including Dr. Flam) may be taken, if a party to desires. The Arbitration hearing shall occur within 180 days of the Court's approval of this Stipulation, unless the Parties stipulate to a later date (with this Court's approval).

3. The Arbitrator shall, after the Arbitration Hearing, issue a final and binding written decision, within sixty (60) days of (i) the conclusion of the arbitration hearing or (ii) the submission of all post-hearing briefs (if any); unless the Parties stipulate to allow the Arbitrator more time. When the arbitration award becomes final (as defined by the JAMS Rules), the Parties shall file the Arbitrator's written decision with this Court. Thereafter, enforcement, modification and/or correction of the Arbitrator's decision shall be pursuant to the Federal Arbitration Act. The Arbitrator's decision shall be in writing (setting forth his findings of fact and his conclusions of law), and the Arbitrator shall apply and follow any and all applicable California and Federal Law.

4. Therefore, any and all disputes between the Parties shall now be referred to binding Arbitration as provided above.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE **(559) 255-1637**
FAX (559) 252-9617

712561.2                           Page 3

5. This action shall be stayed until the conclusion of the arbitration described above, or until further order of the Court.

**IT IS SO STIPULATED:**

Dated: November 16, 2010

Campagne, Campagne & Lerner,
A Professional Corporation

By: /s/Thomas E. Campagne
Thomas E. Campagne, Esq.
Attorneys For Plaintiffs Guy Badoux,
Marshall Flam, M.D. and Shelagh Webster

Dated: November 16, 2010

Musick Peeler & Garrett LLP

By: /s/ Peter Diedrich
Peter Diedrich, Esq.
Attorneys for Defendant
California Physicians' Service dba
Blue Shield

## ORDER

**GOOD CAUSE SO APPEARING, IT IS ORDERED** that the above stipulations are approved. Therefore, this litigation is stayed pending completion of the arbitration described herein.

IT IS SO ORDERED.

Dated: **November 17, 2010**          /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

712561.2                           Page 4