```
Thomas E. Campagne, #065375
Mary F. Lerner, #235951
Campagne, Campagne & Lerner
A Professional Corporation
Fresno Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone: (559) 255-1637
Facsimile: (559) 252-9617
```

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
AT FRESNO**

| | |
|---|---|
| GUY BAUDOUX, an individual, MARSHALL S. FLAM, M.D., an individual and SHELAGH WEBSTER, an individual. <br><br> Plaintiffs, <br><br> vs. <br><br> CALIFORNIA PHYSICIANS' SERVICE, a non-profit corporation, dba BLUE SHIELD OF CALIFORNIA <br><br> Defendant. | Case No. 10-CV-01950-OWW-DLB <br><br> **STIPULATION TO MOVE ARBITRATION DEADLINE** <br><br> **AND** <br><br> **ORDER THEREON** |

RECITALS

A. WHEREAS, the Court's prior Arbitration Order required completion of Arbitration within 180 days from November 17, 2010,

B. WHEREAS, the Arbitrator in this matter was not appointed by JAMS until January 2011;

C. WHEREAS, the initial conference call with the JAMS Arbitrator did not occur until February 16, 2011;

1  D. WHEREAS, the above-captioned parties currently have an arbitration scheduled for April 7, 2011, before JAMS Arbitrator Hon. David A. Garcia (Ret.), so as to meet the initial 180 day deadline;

E. WHEREAS the aforementioned parties to the above-described Case No. 10-CV-01950-OWW-DLB wish to continue to participate in the meet and confer process in an effort to resolve their disputes without further litigation/arbitration;

NOW THEREFORE, it is hereby stipulated, by and between the parties to this action through their respective counsel as follows:

1. The above recitals are adopted by the parties;

2. The parties hereby stipulate to move the current arbitration date of April 7, 2011, to a later date to occur on or before November 30, 2011, as available on the parties', attorneys' and arbitrator's calendar.

**IT IS SO STIPULATED:**

Dated: March 1, 2011

Campagne, Campagne & Lerner

By: _/s/ Mary F. Lerner_
Mary F. Lerner
Attorneys For Plaintiffs Guy Badoux, Marshall Flam, M.D. and Shelagh Webster

Dated: March 1, 2011

Musick Peeler & Garrett LLP

By: /s/ Peter Diedrich
Peter Diedrich, Esq.
Attorneys For Defendant
California Physician's Service dba Blue Shield

IT IS SO ORDERED.

Dated: **March 2, 2011**        **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

Campagne & Campagne
A Prof. Corp.
Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone (559) 255-1637
Fax (559) 252-9617

STIPULATION TO MOVE ARBITRATION DEADLINE AND ORDER THEREON        Page 2