Thomas E. Campagne, #065375
Mary F. Lerner, #235951
Campagne, Campagne & Lerner
A Professional Corporation
Fresno Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone: (559) 255-1637
Facsimile: (559) 252-9617

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
AT FRESNO**

| | |
|---|---|
| GUY BAUDOUX, an individual, MARSHALL S. FLAM, M.D., an individual and SHELAGH WEBSTER, an individual. <br><br> Plaintiffs, <br><br> vs. <br><br> CALIFORNIA PHYSICIANS' SERVICE, a non-profit corporation, dba BLUE SHIELD OF CALIFORNIA <br><br> Defendant. | Case No. 10-CV-01950-OWW-DLB <br><br> **STIPULATION TO MOVE ARBITRATION DEADLINE** <br><br> **AND** <br><br> **ORDER THEREON** <br><br> **Current Deadline:** November 30, 2011 <br> **New Deadline:** June 30, 2012 |

## **RECITALS**

A. WHEREAS, the Court's most recent Arbitration Order required completion of Arbitration on or before November 30, 2011;

B. WHEREAS, the above-captioned parties had an arbitration scheduled for November 10, 2011, before JAMS Arbitrator Hon. David A. Garcia (Ret.), so as to meet the current deadline;

/ / /

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

STIPULATION TO MOVE ARBITRATION DEADLINE AND ORDER THEREON   Page 1

1  C.  WHEREAS the aforementioned arbitration date was removed from the Arbitrator's calendar following a conference call with the Arbitrator wherein it was discussed and subsequently agreed that the parties would participate in mediation in an effort to resolve their disputes without further litigation/arbitration;

NOW THEREFORE, it is hereby stipulated, by and between the parties to this action through their respective counsel as follows:

1. The above recitals are adopted by the parties;

2. The parties hereby stipulate to move the current arbitration deadline of November 30, 2011, so that arbitration is to be now completed on or before June 30, 2012, as available on the parties', attorneys' and arbitrator's calendar.

**IT IS SO STIPULATED:**

Dated: November 14, 2011.                     Dated: November 9, 2011.

Campagne, Campagne & Lerner                   Musick Peeler & Garrett LLP


By:  */s/ Mary F. Lerner*                     By: /s/ Peter Diedrich
     Mary F. Lerner                                Peter Diedrich, Esq.
Attorneys For Plaintiffs Guy Badoux,          Attorneys For Defendant
Marshall Flam, M.D. and Shelagh Webster       California Physician's Service dba Blue Shield

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

STIPULATION TO MOVE ARBITRATION DEADLINE AND ORDER THEREON         Page 2

# ORDER

**GOOD CAUSE SO APPEARING, IT IS ORDERED** that the above stipulations are approved.

IT IS SO ORDERED.

Dated: __**January 10, 2012**__                    /s/ *Dennis L. Beck*
                                                                  UNITED STATES MAGISTRATE JUDGE

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

STIPULATION TO MOVE ARBITRATION DEADLINE AND ORDER THEREON                    Page 3