Thomas E. Campagne, #065375
Mary F. Lerner, #235951
Campagne, Campagne & Lerner
A Professional Corporation
Fresno Airport Office Center
1685 North Helm Avenue
Fresno, California  93727
Telephone:  (559) 255-1637
Facsimile: (559) 252-9617

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
AT FRESNO**

| | |
|---|---|
| GUY BAUDOUX, an individual, MARSHALL S. FLAM, M.D., an individual and SHELAGH WEBSTER, an individual. <br><br> Plaintiffs, <br><br> vs. <br><br> CALIFORNIA PHYSICIANS' SERVICE, a non-profit corporation, dba BLUE SHIELD OF CALIFORNIA <br><br> Defendant. | Case No. 10-CV-01950-OWW-DLB <br><br> **STIPULATION TO MOVE ARBITRATION DEADLINE** <br><br> **AND** <br><br> **ORDER THEREON** <br><br> **Current Deadline:** November 30, 2011 <br> **New Deadline:**     June 30, 2012 |

## **RECITALS**

A.   WHEREAS, the Court's most recent Arbitration Order required completion of Arbitration on or before November 30, 2011;

B.   WHEREAS, the above-captioned parties had an arbitration scheduled for November 10, 2011, before JAMS Arbitrator Hon. David A. Garcia (Ret.), so as to meet the current deadline;

/ / /

1   C. WHEREAS the aforementioned arbitration date was removed from the Arbitrator's calendar following a conference call with the Arbitrator wherein it was discussed and subsequently agreed that the parties would participate in mediation in an effort to resolve their disputes without further litigation/arbitration;

NOW THEREFORE, it is hereby stipulated, by and between the parties to this action through their respective counsel as follows:

1. The above recitals are adopted by the parties;

2. The parties hereby stipulate to move the current arbitration deadline of November 30, 2011, so that arbitration is to be now completed on or before June 30, 2012, as available on the parties', attorneys' and arbitrator's calendar.

**IT IS SO STIPULATED:**

Dated: November 14, 2011.

Campagne, Campagne & Lerner

By:   */s/ Mary F. Lerner*
       Mary F. Lerner
Attorneys For Plaintiffs Guy Badoux,
Marshall Flam, M.D. and Shelagh Webster

Dated: November 9, 2011.

Musick Peeler & Garrett LLP

By: /s/ Peter Diedrich
      Peter Diedrich, Esq.
Attorneys For Defendant
California Physician's Service dba Blue Shield

/ / /

# ORDER

**GOOD CAUSE SO APPEARING, IT IS ORDERED** that the above stipulations are approved.

IT IS SO ORDERED.

Dated: **January 10, 2012**              /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

STIPULATION TO MOVE ARBITRATION DEADLINE AND ORDER THEREON                Page 3