Thomas E. Campagne, #065375
Mary F. Lerner, #235951
Campagne, Campagne, & Lerner
A Professional Corporation
Fresno Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone: (559) 255-1637
Facsimile: (559) 252-9617

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY BAUDOUX, an individual, MARSHALL S. FLAM, M.D., an individual and SHELAGH WEBSTER, an individual. <br><br> Plaintiffs, <br><br> vs. <br><br> CALIFORNIA PHYSICIANS' SERVICE, a non-profit corporation, dba BLUE SHIELD OF CALIFORNIA <br><br> Defendant. | Case No. 10-CV-01950-DLB <br><br> **ORDER FOR STIPULATION FOR DISMISSAL** <br><br> [Fed. R. Civ. P. Rule 41(a)(1)] <br><br> Complaint filed: October 15, 2010 |

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

ORDER FOR STIPULATION FOR DISMISSAL

1 | The Stipulation for Dismissal was entered into by and between the parties to this action through their designated counsel. The parties stipulated that the above captioned action be and hereby is dismissed in its entirety with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and in accordance with the Settlement Agreement entered into by the parties.

Satisfactory proof having been made, and good cause appearing:

IT IS ORDERED that:

1. The above captioned action be and hereby is dismissed in its entirety with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and in accordance with the Settlement Agreement entered into by the parties.

IT IS SO ORDERED.

Dated: **July 30, 2012**     /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

ORDER FOR STIPULATION FOR DISMISSAL

Page 1